# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONN JERMAINE BELL

NO. 2025 KW 0263

**MARCH 17, 2025**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         DC-19-07385.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED. STAY DENIED.**

                           **EW**
                           **SMM**
                           **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT